IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-mj-7184-MAB |
| | ) | |
| WILLIE JAMES HERNDON, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section 922(g)(1) |

# CRIMINAL COMPLAINT

I, Matthew E. Boester, am a Task Force Officer with the Federal Bureau of Investigation (FBI), duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1
**FELON IN POSSESSION OF A FIREARM**

On or about October 16, 2026, in Saint Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**WILLIE JAMES HERNDON,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Matthew E. Boester, am a Task Force Officer with the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such. Concurrent with this assignment, I have been commissioned as a St. Louis Metropolitan Police Officer since 2008. I am currently assigned to the Homicide Division of the St. Louis Metropolitan Police Department (SLMPD) and serve as part of the Violent Crime Squad, which is a part of the Safe Streets Violent

Crime Task Force, which is a multi-agency Federal, State, and Local task force, of the Saint Louis Division of the FBI. Through my training and experience, I am familiar with the debriefing of cooperating witnesses and/or other sources of information and methods of searching locations where firearms, instruments of money laundering, and evidence of other crimes may be found.

2. The information contained in this affidavit is based on my personal knowledge and experience and on information provided to me by other law enforcement officers and/or witnesses. I have not included every detail related to this investigation but have included only the information necessary to support a criminal complaint. As explained herein, I believe probable cause exists to believe **Willie James HERNDON** (DOB 10/20/1983) violated 18 U.S.C. § 922(g)(1) on October 16, 2026.

## WILLIE JAMES HERNDON CRIMINAL HISTORY

3. Based on my review of **HERNDON**'s criminal history, he was convicted of a felony offense on or about January 31, 2001, in Los Angelos, California, for taking a vehicle without consent. HERNDON was also convicted in that same case on December 2, 2005, for possession of a stolen vehicle, also in Los Angelos, California. As part of his sentence **HERNDON** was ordered to serve 44 months in prison.

4. On or about November 12, 2015, **HERNDON** convicted of felony receiving known stolen property and felony burglary in Los Angeles, California under case number LC VA14000701. **HERNDON** was sentenced to serve three years in prison.

## ST. LOUIS SHOOTING

5. On October 14, 2026, victim Alyssa Wilson left her residence in Florissant, Missouri, to meet a friend at the St. Louis Zoo. Wilson was driving her vehicle southbound on Interstate 170, near the intersection of Midland Boulevard, when an unknown suspect fired at least

one gunshot into the rear of her vehicle. After being struck by gunfire, Wilson became incapacitated, which caused her to crash her vehicle into the concrete median wall of the highway. Wilson was transported to Barnes-Jewish Hospital where she was pronounced dead. Wilson sustained puncture wounds to the back and chest consistent with a projectile being fired into the rear of her vehicle and traveling through her body. Based upon the totality of the investigation which will be outlined herein, Investigators believe that the shooting occurred at approximately 19:07 hours.

6. The Major Case Squad of Greater St. Louis was activated and responded to the scene. Investigators observed that Wilson's vehicle, a 2013 Buick Encore, sustained ballistic damage (apparent bullet hole) to the rear hatch left of the license plate:



7. Inside the vehicle, Investigators located ballistic evidence. Specifically, a projectile was recovered from the driver's side window controls that appeared to have traveled through the vehicle, then Wilson's body, impacting the windshield, and landing on those controls. Based upon Investigators' experience, the projectile appeared to be consistent with a high-powered rifle, as depicted below:



8. Pursuant to a state-level search warrant, Investigators obtained data from Wilson's cellular telephone provider. A review of that data revealed that she departed her residence at approximately 18:55 hours and drove southbound on Interstate 170 towards the St. Louis Zoo.

9. Investigators recovered video surveillance from the area of the shooting, which captured video and audio of this incident. A review of the pertinent footage revealed the following:

a. At approximately 19:03 hours, the suspect vehicle, a light-colored Buick Enclave, slowly approached the area of the murder scene.



b. As the suspect vehicle slowed, it pulled onto the right shoulder of Interstate 170 and turned on its hazard lights. The suspect vehicle (circled in green) stopped near the Exit 4 MODOT informational sign area depicted below:



c. Approximately 40 seconds after stopping, the passenger door of the suspect vehicle opened. At approximately 19:05 hours, which was one minute and thirty-three seconds after the door opened, video surveillance captured an individual exiting the passenger side of the vehicle and moving around outside of the vehicle.

d. At approximately 19:07 hours, the victim's vehicle (circled in orange) approached the area of the suspect's vehicle.



e. Seconds later, video surveillance captured the distinct sound of a gunshot. Shortly after the shooting, the victim's vehicle crashed due to her incapacitation.

f. Within two to three seconds of the shot, the passenger door of the suspect vehicle closed. The suspect vehicle then pulled back into the travel lanes of Interstate 170, passing the victim, to flee the area.

10. On October 15, 2026, after reviewing the surveillance video, Investigators responded to the location where the Buick Enclave had parked on the side of the Interstate. At this location, a cartridge case consistent with a high-powered rifle was located in the grass near where the suspect vehicle had parked. The location of the cartridge case, stamped MaxxTech 23 7.62x39, is consistent with a rifle ejecting a cartridge case from the right side as it fired at the victim's vehicle.





11. Investigators, noting that the suspect vehicle entered the Interstate from St. Charles Rock Road, searched license plate recognition systems (LPRS) along the route to the Interstate. Upon conducting the search, Investigators located a vehicle, bearing Oklahoma license plate QVC024, which matched the suspect vehicle in make, model, and color, traveling eastbound on St. Charles Rock Road at Brown Road towards the Interstate at 18:59:27 hours. Investigators noted

this intersection was approximately one-half mile from where the suspect vehicle was captured on surveillance video as it entered the Interstate at approximately 19:03 hours.







12. Investigators conducted additional searches of the identified license plate and learned that the same vehicle was captured on various LPRS cameras after the suspect vehicle was observed fleeing the scene of the shooting at approximately 19:09 hours (less than two minutes after the shooting). The path of travel (approximately 1.4 miles away from the shooting), as captured on the LPRS after the murder, was consistent with the direction the suspect vehicle fled, which was south.



13. Investigators noted a decal on the rear passenger side of the vehicle under the taillight. Further searches of the Oklahoma license plate through various LPRS revealed that this decal was an Arkansas Razorbacks logo.




14. Investigators further noted that the vehicle had previously been captured on or about October 6, 2026, parked at the Days Inn & Suites, 2423 Old Country Inn Drive, Caseyville, Illinois 62232 within St. Clair County.



15. During the evening hours of October 15, 2026, Investigators responded to the Days Inn and observed the suspect vehicle parked outside the hotel. Detective Seniar, DSN 139, advised that the vehicle now had a different Oklahoma license plate, identified as: TJB997, affixed to the rear; however, the Arkansas Razorbacks logo was still affixed to the rear of the vehicle.

16. Investigators conducted LPRS searches of the newly observed Oklahoma license plate TJB997, which revealed images of a light-colored Buick Enclave bearing the Arkansas Razorbacks decal, confirming that the vehicle was one and the same as the suspect vehicle. Based upon this affiant's training and experience, the suspect(s) changing a vehicle's license plate is indicative of an effort to avoid law enforcement detection after committing a crime.




17. Finally, Investigators conducted computer searches of both license plates which revealed that neither license plate belongs on the Buick Enclave. Furthermore, investigation revealed that the Buick Enclave was observed at LPRS locations in Texas (October 2, 2026), Arkansas (October 3, 2026) and Missouri (October 3, 2026). All of the noted LPRS reads captured

the Buick with the Oklahoma TJB997 license plate. However, Investigators were only able to locate the QVC024 license plate traveling in the St. Louis Metropolitan Area after its arrival from Texas on October 3, 2026.

18. Investigators learned that on October 11, 2026, the St. Louis Metropolitan Police Department documented that a vehicle driving on Bates Avenue just after exiting Interstate 55 was struck by a single gunshot. Video surveillance captured a white SUV was parked on the side of the interstate, and fled the scene immediately after the shooting. A single cartridge case was recovered from the area in which the SUV was parked. The cartridge case's headstamp was the same manufacturer as the one recovered by investigators during Wilson's murder investigation. Laboratory testing is pending at this time to determine if the ballistic evidence was fired from the same weapon. Other video surveillance captured the suspect Buick in the area approximately 30 minutes prior to the shooting.

**Identification and Arrest of**
**Willie James HERNDON**

19. On the evening of October 15, 2026, investigators located the suspect vehicle in the area of 2423 Old Country Inn Drive, Caseyville, Illinois and established physical surveillance. During the early morning hours of October 16, 2026, law enforcement observed Taiya Herndon approach the suspect vehicle and open the back hatch. Law enforcement wearing ballistic vests that said "POLICE" approached Taiya Herndon and began speaking to her. Shortly thereafter, **HERNDON** emerged from the area of the hotel and began running away, after noticing the presence of law enforcement near Taiya Herndon. **HERNDON** was screaming words about a shooting and was detained by law enforcement.

20. Days Inn identifies for law enforcement the room rented in the name of Taiya Herndon. An Illinois state-level search warrant was obtained for the hotel room at the Days Inn at

2423 Old Country Inn Drive, Room 118, Caseyville, Illinois, which was within the Southern District of Illinois. A search of the room yielded recovery of the following pertinent items:

a. An ABC-15 rifle with scope which was loaded with MaxxTech 23 7.62x39 ammunition located in plain view on the bed;

b. Personal items, including a driver's license and social security card belonging to Taiya Herndon;

c. Financial documents and mail belonging to **Willie James HERNDON**;

d. Receipts from a gas station from an exit in the immediate area of the Interstate 170 crime scene approximately one hour prior to the shooting;

e. Notebooks that contained handwritten notes of various license plates and other descriptions of vehicles and police personnel that **HERNDON** believed was following him;

f. Two other license plates (not previously known to the investigative team) and,

g. Documents indicative of travel, including parking tickets from Dallas Fort-Worth Airport and Delta Airlines receipts reflecting travel from Utah to Texas.

21. Pursuant to a state-level search warrant, investigators conducted a search of the suspect Buick vehicle. A search of that vehicle revealed the Oklahoma license plate QVC024 that was affixed to the vehicle at the time of the murder, along with various notes of vehicles that were supposedly following **HERNDON**.

22. The firearm and ammunition were not manufactured in Illinois, and therefore traveled or impacted interstate or foreign commerce.

## CONCLUSION

23. For the foregoing reasons, I believe there is probable cause to conclude that on October 16, 2026, in the Southern District of Illinois, **Willie James HERNDON** knowingly possessed a firearm, knowing that he had been convicted of a crime punishable by more than a year of imprisonment, in violation of 18 U.S.C. § 922(g)(1). I therefore respectfully request the Court issue a warrant for **HERNDON**'s arrest in relation to these offenses.

I state under the penalty of perjury that the foregoing is true and correct.

Matt Boester TFO FBI
MATTHEW E. BOESTER
Task Force Officer
FBI

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

ALEXANDRIA BURNS
Assistant United States Attorney

Sworn to, attested to, and affirmed before me via reliable electronic means Pursuant to Federal Rules of Criminal Procedure 4.1 and 41 on this 16 day of October, 2026.

Mark A. Beatty
HONORABLE MARK A. BEATTY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS