IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 3:26-mj-07184-MAB |
| | ) | |
| WILLIE JAMES HERNDON, | ) | |
| | ) | |
| Defendant, | ) | |

**MOTION TO CONTINUE DETENTION AND PRELIMINARY HEARINGS**

COMES NOW, Defendant, Mr. Willie Herndon, by and through counsel, pursuant to the Fifth, Sixth, and Eighth Amendments to the United States Constitution, 18 U.S.C. §3142(f)(2) and Fed. R. Cr. P. 5.1(d) and moves this Court to continue his Detention Hearing and Preliminary Hearing, for good cause shown, stating as follows:

1. Mr. Herndon is charged via Complaint in this Cause with one count of felon in possession of a weapon in violation of 18 U.S.C. 922(g)(1) alleged to have occurred on October 16, 2026. (ECF Doc. 1).

2. The Government filed its Motion to Detain and Mr. Herndon appeared in custody before this Court on October 21, 2026 for an initial appearance and appointment of counsel. (ECF No. 7; 10).

3. This Court granted Mr. Herndon's request for a continuance of his detention hearing until October 27, 2026 and he was ordered temporarily detained. (ECF Doc. 10).

4. Mr. Herndon's preliminary hearing is now set on November 4, 2026. (ECF Doc. 18).

5. Mr. Herndon moves this Court to continue his Detention Hearing and Preliminary Hearing until such time as his arraignment will be scheduled.

6. Mr. Herndon anticipates that the Government will obtain an Indictment at the next Grand Jury setting and within fourteen (14) days of his initial appearance.

7. As described in the Affidavit in Support of the Complaint, Mr. Herndon's firearm charge in this Court is related to a larger investigation in St. Louis County, Missouri regarding a shooting death. (ECF Doc. 1).

8. 18 U.S.C. §3142(f) provides that Mr. Herndon is entitled to present witnesses and to present information by "proffer or otherwise" at any detention hearing. Fed. R. Cr. P. 5.1(e) provides that Mr. Herndon is entitled to cross-examine adverse witnesses and present evidence at any preliminary hearing. Mr. Herndon needs additional time to investigate and prepare for any detention or preliminary hearing. Even though not specifically alleged in the Government's Motion to Detain, evidence and argument concerning allegations that Mr. Herndon was involved in a St. Louis County homicide will necessarily be included in any detention and preliminary hearings in this District.

9. Mr. Herndon's request for additional time to investigate and prepare for any detention or preliminary hearing is in the interest of justice and not intended to vex or delay this Court. Mr. Herndon's request for continuance promotes judicial economy as all related matters will be able to be presented before this Court in one proceeding rather than piecemeal.

10. The Government will not be prejudiced by a continuance and the United States Attorney's Office via Assistant United States Attorney Mr. Daniel Carrway has no objection to Mr. Herndon's request for a continuance.

WHEREFORE Defendant, Mr. Willie Herndon, for good cause having been shown, moves this Court to continue his Detention and Preliminary Hearings until such date and time

that his Arraignment will be scheduled and for any additional relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Kim C. Freter*
KIM C. FRETER
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618)n 482-9050
Kim_Freter@fd.org

ATTORNEY FOR DEFENDANT